**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIANE CECILE SAWYER,**

        **Plaintiff,**

**-vs-**                                 **Case No. 6:12-cv-1060-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Plaintiff's appeal to the District Court from a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for benefits (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 29, 2013 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The final decision of the Commissioner as to Plaintiff's claims for Social Security Disability benefits and Supplemental Security Income payments is **REVERSED**

pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings.

3.  The Clerk of the Court is directed to issue a judgment in favor of Plaintiff and against the Commissioner and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19th day of August, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record