UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANE CECILE SAWYER,

      Plaintiff,

v.                              Case No: 6:12-cv-1060-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____

## ORDER

This case is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 28). The assigned United States Magistrate Judge has submitted a Report (Doc. 30) recommending that the motion be granted in part and denied in part and that Mr. Culbertson be authorized to charge and collect from Plaintiff the sum of $8,419.51 in attorneys' fees. The parties have filed a Joint Statement in Response to the Report and Recommendation (Doc. 31) in which they state that neither party objects to the Report and Recommendation.

After review of the record in this matter, including consideration of the parties' Joint Statement of no objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 28) is **GRANTED in part and DENIED in part**. The motion is

**GRANTED** to the extent that Mr. Culbertson is authorized to charge and collect from Plaintiff the sum of $8,419.51 in attorneys' fees. Otherwise, the motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on November 20, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties